UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00052

| | |
|---|---|
| THE CATO CORPORATION | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CONSULTATIVE SALES PROFESSIONALS, LLC d/b/a CYCLE UP SUPPLY CHAIN SERVICES, CAROLINA NATIONAL TRANSPORTATION, LLC, and FREIGHTMASTER USA, LLC, | ) ) ) **ORDER** ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on Defendant Consultative Sales Professionals, LLC d/b/a Cycle Up Supply Chain Services' ("Cycle Up") Motion to Set Aside Entry of Default and for Leave to File an Answer. (Doc. No. 16). After reviewing the motion and supporting materials, and being informed that Plaintiff consents, the Court finds that good cause exists and the merits of this action will be served by setting aside the Default against Cycle Up and allowing leave for Cycle Up to file an Answer or otherwise respond to the Complaint in this matter. The Court finds that Cycle Up's Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion (Doc. No. 16) is **GRANTED**. To this extent, the Entry of Default against Cycle Up shall be set aside, and Cycle Up shall have 21 days from the entry of this Order to file its Answer or other response to the Complaint in this matter.

Signed: June 16, 2020

[signature]
Max O. Cogburn Jr.
United States District Judge