# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:20-CV-00052-MOC-DSC

| | |
|---|---|
| THE CATO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER ON MOTION FOR** |
| CONSULTATIVE SALES ) | **DEFAULT JUDGMENT** |
| PROFESSIONALS, LLC, d/b/a CYCLE ) | |
| UP SUPPLY CHAIN SERVICES, ) | |
| CAROLINA NATIONAL ) | |
| TRANSPORTATION, LLC, and ) | |
| FREIGHTMASTER USA, LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff The Cato Corporation's ("Plaintiff's") Motion for Default Judgment against Defendant Consultative Sales Professionals, LLC, d/b/a Cycle Up Supply Chain Services ("Cycle Up"). (Doc. No. 38). Upon review and consideration of the same, the Court hereby finds that Plaintiff is entitled to Default Judgment against Defendant Cycle Up. For the reasons set for therein, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1. Default judgment is hereby **ENTERED** against Defendant Cycle Up pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure;

2. Plaintiff is **AWARDED** damages in the amount of $99,502.29, which consists of $84,062.87 in principal and $15,439.42 in accrued interest, to be taxed to Defendant Cycle Up;

3. Plaintiff is **AWARDED** pre-judgment interest at the legal rate from the date of the Charfadi Affidavit until entry of judgment, plus the costs of this action, plus post-judgment interest at the legal rate, to be taxed to Defendant Cycle Up.

**SO ORDERED**.

Signed: July 14, 2021

Max O. Cogburn Jr
United States District Judge