UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00052

| | |
|---|---|
| **THE CATO CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CONSULTATIVE SALES PROFESSIONALS, LLC d/b/a CYCLE UP SUPPLY CHAIN SERVICES, CAROLINA NATIONAL TRANSPORTATION, LLC and FREIGHTMASTER USA, LLC,**<br><br>Defendants. | **ORDER** |

**THE MATTER** is before the Court on Carolina National Transportation, LLC and Freightmaster USA, LLC's (collectively "Crossclaim Plaintiffs") Motion for Default Judgment against Crossclaim Defendant Consultative Sales Professionals, LLC, d/b/a Cycle Up Supply Chain Services ("Cycle Up") (Doc. No. 50). Upon review and consideration of the same, the Court hereby finds that Crossclaim Plaintiffs are entitled to Default Judgment against Crossclaim Defendant Cycle Up. Therefore, the Motion will be granted.

**IT IS HEREBY ORDERED** that:

1. Default judgment is hereby **ENTERED** against Crossclaim Defendant Cycle Up pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure;

2. Crossclaim Plaintiffs are **AWARDED** damages in the amount of $42,031.00, to be taxed to Crossclaim Defendant Cycle Up;

3. Crossclaim Plaintiffs are **AWARDED** the costs of this action, plus post-judgment

interest at the legal rate from the date of Judgment to be taxed to Crossclaim Defendant Cycle Up.

Signed: January 24, 2022

*Max O. Cogburn Jr*
United States District Judge

4861-1932-0069, v. 1