# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| The Cato Corporation**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:20-cv-00052-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Consultative Sales Professionals, LLC<br>Freightmaster USA, LLC<br>Carolina National Transportation, LLC**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 24, 2022 Order.

April 14, 2022

Frank G. Johns, Clerk
United States District Court